

# Fourth Court of Appeals
## San Antonio, Texas

January 22, 2021

No. 04-20-00391-CV

**IN THE ESTATE OF SHIRLEY L. WIATREK, DECEASED**

From the County Court, Karnes County, Texas
Trial Court No. PR-2019-0025
The Honorable John D. Hutchinson, Judge Presiding

## O R D E R

On January 12, 2021, appellee's counsel, Stephanie S. Bascon, filed a motion to withdraw and substitute counsel. On January 21, 2021, Ms. Bascon filed a supplement to the motion. In the motion and supplement, Ms. Bascon asks us to permit her to withdraw and to substitute Frank B. Suhr as appellee's counsel in this appeal. The motion to withdraw and substitute counsel is GRANTED. *See* TEX. R. APP. P. 6.5.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of January, 2021.

_____
Michael A. Cruz,
Clerk of Court